**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

MARGARET JARRETT, EXECUTRIX OF THE ESTATE OF PHILIP JARRETT, DECEASED AND WIDOW IN HER OWN RIGHT,

Petitioner

v.

CONSOLIDATED RAIL CORPORATION,

Respondent

: No. 210 EAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

 **AND NOW**, this 30th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.